AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)    Tobias

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Thomas WILLIAMS<br><br>*Defendant(s)* | Case No. 2:21-mj-786 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 3, 2021** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☒ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-8-21

_____
*Judge's signature*

City and state: Columbus Ohio

Chesley M. Vascura, US Magistrate Judge
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Jonathan T WILLIAMS**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Jonathan T. WILLIAMS for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that WILLIAMS committed this offense.

4. On or about October 3, 2021, uniformed CPD officers were dispatched to 529 S. James Rd. on a report of a domestic violence incident.

5. Once at scene officers made contact with the victim. The victim stated that her live in boyfriend WILLIAMS had assaulted her and taken her cellphone and firearm. Officers observed scratch marks on the victim's elbow and eye. Officers were given a description of WILLIAMS as a male black with dreadlocks wearing a black shirt and grey sweatpants with a black strip.

6. Officers observed a male later who matched the description of WILLIAMS walking south on James Rd. Officers approached the male and asked him if he was WILLIAMS. The male was evasive and responded no. Officers observed that the male perfectly matched the description of WILLIAMS. Officers detained the male.

7. Officers asked the male if he was armed. The male refused to answer. Officers preformed a pat down as they believed that the male was WILLIAMS and was armed. Officers located a firearm in a purse that was strapped around the male's waist. The firearm was found to be a Taurus 9mm handgun SN ACG018738.

8. The male was positively identified as WILLIAMS. WILLIAMS was transported to CPD Headquarters where he was interviewed. WILLIAMS stated the firearm did not belong to him and that it was not in his name.

9. WILLIAMS was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

**PROBABLE CAUSE AFFIDAVIT**
**Jonathan T WILLIAMS**

    a. Franklin County Common Pleas Case 08CR004193 for aggravated robbery.

10. Your Affiant confirmed via ATF resources that the aforementioned firearm seized from WILLIAMS on or about October 3, 2021, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

11. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

12. Based on this information, your affiant believes probable cause exists that WILLIAMS knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year knowingly possessed a firearm. that is, a Taurus 9mm handgun SN ACG018738 and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

_____
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of ___December___, 2021, at 11:37am in Columbus, Ohio.

_____
**CHELSEY M. VASCURA U.S. MAGISTRATE JUDGE**